# In the United States Court of Federal Claims

Case No. 07- 881C
(Filed: December 18, 2007)

*********************************************
SDS INTERNATIONAL, INC., *
*Plaintiff*, *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
*
and *
*
HiPK, Inc., *
*Intervenor.* *
*********************************************

**TRANSFER ORDER**

With the consent of Judge John P. Wiese, and in the efficient administration of justice (RCFC 40.1(b)), **this case is being transferred to Judge Wiese**.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge