ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

FILED
DEC 17 2007
U.S. COURT OF FEDERAL CLAIMS

SDS INTERNATIONAL, INC., )
Plaintiff, ) USCFC No. 07-881 C
v. )
THE UNITED STATES )
Defendant )

## MOTION FOR A PROTECTIVE ORDER

**COMES NOW** Plaintiff SDS International, Inc., by and through undersigned counsel and pursuant to Appendix C–Rule 17 of the Rules of the United States Court of Federal Claims, hereby requests that the Court issue a Protective Order in the above styled action.

SDS's Memorandum in Support of a Preliminary Injunction (the Memorandum) contains confidential and proprietary information, as do Attachments 1 through 15 to the Memorandum. SDS's Motion for a Preliminary Injunction and its Complaint also includes contain confidential and proprietary information. SDS is filing redacted versions of all those documents.

Respectfully submitted,

Date: 12/17/07

By: [signature]

Christopher M. Johnson,
Centre Law Group, LLC
1953 Gallows Rd, Suite 650
Vienna, VA. 22102
(703) 288-2800
(703) 288-4868 (fax)

Brian C. Caney-Of Counsel

Counsel for Plaintiff
SDS International, Inc.