ORIGINAL

FILED
DEC 17 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| SDS INTERNATIONAL, INC., Plaintiff, v. THE UNITED STATES Defendant | ) | USCFC No. 07-881 C |

**MOTION FOR LEAVE OF THE COURT TO FILE COMPLAINT UNDER SEAL**

**COMES NOW** Plaintiff SDS International, Inc., by and through undersigned counsel and pursuant to Appendix C--Rules 4 through 7 of the Rules of the United States Court of Federal Claims, hereby requests leave of the Court to file its attached Complaint under seal.

SDS's Complaint, Memorandum in Support of a Preliminary Injunction (the "Memorandum"), including attachments to the Memorandum, and SDS's motion for a Preliminary Injunction all contain confidential and proprietary information. For that reason, RSC is requesting leave of the Court to file its Motion, Complaint and Memorandum under seal.

SDS's Complaint, Motion and Memorandum, including attachments, have been redacted pending the Court's issuance of a Protective Order.

Respectfully submitted,

Date: 12/12/07

By: ______________________

Christopher M. Johnson
Centre Law Group, LLC
1953 Gallows Road, Suite 650
Vienna, VA 22182
(703) 288-2800
(703) 288-4868 (fax)

Brian C. Caney – Of Counsel

Counsel for SDS International, Inc.