ORIGINAL

FILED
DEC 17 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| SDS INTERNATIONAL, INC., | ) | |
| Plaintiff, | ) | USCFC No. 07-881 C |
| v. | ) | |
| THE UNITED STATES | ) | |
| Defendant | ) | |

# DISCLOSURE STATEMENT

**COMES NOW** Plaintiff, SDS International, Inc. (SDS), by and through undersigned counsel, and, pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, hereby files its corporate disclosure statement.

SDS is a privately held corporation. SDS has no parent corporation. SDS's President and Chief Executive Officer, George Gennin, is the principal owner of SDS and no public corporation owns any stock in SDS.

Respectfully submitted,

Date: 12/17/07

By: [signature]

Christopher M. Johnson,
Centre Law Group, LLC
1953 Gallows Rd, Suite 650
Vienna, VA. 22102
(703) 288-2800
(703) 288-4868 (fax)

Brian C. Caney-Of Counsel

Counsel for Plaintiff
SDS International, Inc.