IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SDS INTERNATIONAL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07- 881C |
| | ) | (Judge John P. Wiese) |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Robert E. Chandler, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Robert E. Chandler
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12002
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Robert E. Chandler
Robert E. Chandler
Trial Attorney
Commercial Litigation Branch
Civil Division
Phone: (202) 514-4678
Fax: (202) 514-8624
E-mail:Robert.Chandler@usdoj.gov

Dated: December 19, 2007

**CERTIFICATE OF FILING**

I hereby certify that on the 19th day of December, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Robert E. Chandler