**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **SDS INTERNATIONAL, INC.,** | ) |
| **Plaintiff,** | ) |
| **v.** | ) **USCFC No. 1:07-cv-00881-LMB** |
| **UNITED STATES,** | ) |
| **Defendant.** | ) |

**MOTION OF HiPk, LLC TO INTERVENE**

Intervenor, HiPk, LLC ("HiPk"), respectfully moves this Court for entry of an Order memorializing its prior December 18, 2007 oral ruling and permitting it to intervene as a party-defendant in this action pursuant to Rule 24 of the Rules of the United States Court of Federal Claims ("RCFC"). Counsel for plaintiff, SDS International, Inc. ("SDS"), and defendant, the United States (the "Government"), have both agreed to HiPk's application to intervene in this action. HiPk's Motion should be granted for the following alternative reasons:

1. Pursuant to Rule 24(a) of the RCFC, HiPk should be permitted to intervene as of right as a defendant in this action as it has an interest relating to the property or transaction which is the subject of this action as it is the successful awardee of the Contract that is the subject of this bid protest action. HiPk also is situated such that the disposition of this action may as a practical matter impair or impede its ability to protect its interest, and its interests are not adequately represented by the existing parties.

2. In the alternative, pursuant to Rule 24(b) of the RCFC, HiPk should be permitted to intervene in the Court's discretion as HiPk has defenses which have common questions of law or

fact with the main action. HiPk's intervention will not unduly delay or prejudice adjudication of the rights of the original parties.

3. Finally, because this Court has already granted HiPk's Motion to Intervene orally during the December 18, 2007 Initial Status Conference after all parties agreed to such intervention, HiPk should be permitted to intervene.

WHEREFORE, for the foregoing reasons, HiPk respectfully requests that its Motion to Intervene as a party-defendant in this action be granted and that the Court award it such other relief as it deems appropriate.

Dated: December 19, 2007

Respectfully submitted,

Patrick H. O'Donnell, Esq.
KAUFMAN & CANOLES, P.C.
P.O. Box 3037
Norfolk, VA 23514-3037
(757) 624-3305
(757) 624-3169 - Fax
phodonnell@kaufcan.com
Counsel for Intervenor
HiPk, LLC

Of Counsel:
Terence Murphy, Esq.
P.O. Box 3037
Norfolk, VA 23514-3037
(757) 624-3139
(757) 624-3169 - Fax
tmurphy@kaufcan.com

::ODMA\PCDOCS\DOCSNFK\1309509\1