# In the United States Court of Federal Claims

No. 07-881C
Filed: December 27, 2007

| | |
|---|---|
| SDS INTERNATIONAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| HiPK, INC., | ) |
| Defendant-Intervenor. | ) |

---

ORDER

GRANTING MOTION FOR ENLARGEMENT

---

As discussed during the off-the-record telephone conference held this date, the time within which defendant shall respond to plaintiff's motion for a preliminary injunction is extended to and including January 18, 2008.

s/John P. Wiese
John P. Wiese
Judge