# In the United States Court of Federal Claims

No. 07-881C
Filed: January 8, 2008

| | |
|---|---|
| SDS INTERNATIONAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| HiPK, INC., | ) |
| Defendant-Intervenor. | ) |

ORDER

GRANTING MOTION TO AMEND PROTECTIVE ORDER

Plaintiff's unopposed oral motion to amend the December 18, 2007, Protective Order is GRANTED as follows:

1. SDS employee William Bayer is granted access to his affidavit and all attachments to the affidavit filed in support of plaintiff's memorandum in support of its motion for a preliminary injunction. Mr. Bayer is also granted access to the affidavit of George Gennin filed in support of plaintiff's memorandum. Finally, Mr. Bayer is granted access to those portions of the solicitation filed as Attachment 1 to plaintiff's memorandum in support of its motion for a preliminary injunction.

2. SDS CEO George Gennin is granted access to his affidavit filed in support of plaintiff's memorandum in support of its motion for a preliminary injunction. Mr. Gennin is also granted access to Mr. Bayer's affidavit and all attachments to the

affidavit filed in support of plaintiff's memorandum. Finally, Mr. Gennin is granted access to those portions of the solicitation filed as Attachment 1 to plaintiff's memorandum.

s/John P. Wiese
John P. Wiese
Judge