IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SDS INTERNATIONAL, INC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>HiPK, INC.,<br><br>Defendant-Intervenor. | No. 07-881<br>(Judge Weise)<br><br>Bid Protest |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant requests an enlargement of time of 7 days, to and including January 25, 2008, within which to respond to plaintiff's motion for preliminary injunction. Our response presently is due on January 18, 2008. This is our second request for an enlargement of time for this purpose. Plaintiff and intervenor have been contacted and neither plaintiff nor intervenor will oppose this request for an enlargement of time.

On January 11, 2008, plaintiff and defendant held a meeting at which their respective technical personnel discussed their views of the solicitation at issue in this matter. Intervenor's counsel was present at the meeting as well. Although we believe that these discussions were productive, the Government nevertheless adheres to its view that HiPK's proposal complied

with the solicitation and that the award of the contract to HiPK was valid.

Thus, the parties will move forward in the briefing of plaintiff's pending motion for preliminary injunction, filed December 17, 2007. Defendant requires additional time before filing its response in order to consider fully the issues raised in the parties' January 11, 2008 meeting. The Government believes that seven days will be sufficient to permit it to complete its brief and to obtain the necessary internal and agency review prior to filing. We therefore respectfully request that the Court grant defendant's motion for an enlargement of time of seven days within which to file its response.

Respectfully submitted,

JEFFREY S. BUCHOLZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 514-4678

January 15, 2008

CERTIFICATE OF FILING

I hereby certify that on this 15th day of January 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler