IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **SDS INTERNATIONAL, INC.,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | |
| **THE UNITED STATES** | ) | **No. 07-881** |
| | ) | **(Judge Weise)** |
| **Defendant,** | ) | |
| **and** | ) | |
| **HiPk, INC.,** | ) | |
| **Defendant-Intervenor.** | ) | |

**DEFENDANT-INTERVENOR'S UNOPPOSED MOTION**
**FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), intervenor requests an enlargement of time of 7 days, to and including January 25, 2008, within which to respond to plaintiff's motion for preliminary injunction. Our response presently is due on January 18, 2008. This is our first request for an enlargement of time for this purpose. Plaintiff and defendant have been contacted and neither plaintiff nor defendant will oppose this request for an enlargement of time. In addition, defendant is also currently seeking an identical enlargement of time.

On January 11, 2008, plaintiff and defendant held a meeting at which their respective technical personnel discussed their views of the solicitation at issue in this matter. Intervenor's counsel was present at the meeting as well. In its Unopposed Motion for an Enlargement of Time, the Government sets forth that, even after this meeting, it still adheres to the view that

HiPk's proposal complied with the solicitation and that the award of the contract to HiPK was valid.

Therefore, because the parties will move forward in the briefing of plaintiff's pending motion for preliminary injunction, filed December 17, 2007, intervenor requires additional time before filing its response in order to consider fully the issues raised in the parties' January 11, 2008 meeting. The intervenor believes that seven days will be sufficient to permit it to complete its brief. In addition, this is the same enlargement of time which the government has requested. We therefore respectfully request that the Court grant intervenor's motion for an enlargement of time of seven days within which to file its response.

Dated: January 16, 2008

Respectfully submitted,

J. Bradley Reaves, Esq.
KAUFMAN & CANOLES, P.C.
P.O. Box 3037
Norfolk, VA 23514-3037
(757) 624-3305
(757) 624-3169 - Fax
jbreaves@kaufcan.com
Counsel for Intervenor
HiPk, LLC

Of Counsel:
Terence Murphy, Esq.
P.O. Box 3037
Norfolk, VA 23514-3037
(757) 624-3139
(757) 624-3169 - Fax
tmurphy@kaufcan.com

Patrick H. O'Donnell, Esq.
P.O. Box 3037
Norfolk, VA 23514-3037
(757) 624-3305
(757) 624-3169 - Fax
phodonnell@kaufcan.com

CERTIFICATION OF FILING

I hereby certify that on this 16th day of January 2008, a copy of the foregoing "INTERVENOR-DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

::ODMA\PCDOCS\DOCSNFK\1319939\1