# In the United States Court of Federal Claims

No. 07-881C
Filed: January 23, 2008

| | |
|---|---|
| SDS INTERNATIONAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| HiPK, INC., | ) |
| Defendant-Intervenor. | ) |

---

ORDER

GRANTING MOTION FOR ENLARGEMENT

---

Defendant-Intervenor's January 16, 2008, unopposed motion for an enlargement of time, to and including January 25, 2008, within which to respond to plaintiff's motion for a preliminary injunction, is GRANTED.

s/John P. Wiese
John P. Wiese
Judge