IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SDS INTERNATIONAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) No. 07-881 |
| | ) (Judge Weise) |
| Defendant, | ) |
| | ) Bid Protest |
| and | ) |
| HiPK, INC., | ) |
| Defendant-Intervenor. | ) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant requests an enlargement of time of 7 days, to and including February 1, 2008, within which to respond to plaintiff's motion for preliminary injunction. Our response presently is due on January 25, 2008. This is our third request for an enlargement of time for this purpose. Plaintiff and intervenor have been contacted and neither plaintiff nor intervenor will oppose this request for an enlargement of time.

On January 15, 2008, defendant requested an enlargement of the time within which to respond to plaintiff's motion for preliminary injunction.[1] After defendant submitted its motion, on January 18, 2008, plaintiff amended its complaint.

[1] The Court granted defendant's motion on January 23, 2008.

Plaintiff’s amended complaint contains several new allegations that defendant intends to address in its briefing of the merits in its response. Defendant requires additional time in order to fully investigate these additional allegations, decide on an appropriate response and obtain the necessary internal and agency review and approval of its revised response.

We therefore respectfully request that the Court grant defendant’s motion for an enlargement of time of seven days within which to file its response.

Respectfully submitted,

JEFFREY S. BUCHOLZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 514-4678

January 24, 2008

CERTIFICATE OF FILING

I hereby certify that on this 24th day of January 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler