**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**
**BID PROTEST**

SDS INTERNATIONAL, INC.

Plaintiff,

v.

THE UNITED STATES

Defendant

USCFC No. 07-881 C
Judge Weise

**PLAINTIFF'S FIRST MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD AND REQUEST FOR EXPRESS CONSIDERATION** [1]

**COMES NOW,** Plaintiff SDS International, Inc. ("SDS"), by and through undersigned counsel, and pursuant to USCFC Rule 12, USCFC Rule 52.1 and prior decisions of the Court, Plaintiff respectfully requests that the Court allow Plaintiff to supplement the Administrative Record. Plaintiff requests that the Court expeditiously order the Government to supplement the record with an un-redacted version of the document that currently appears under Tab 6 of the Administrative Record filed in this matter.

The document at issue consists of the ACA's combined pre-negotiation objective memorandum/price negotiation memorandum (POM/PNM). For the reasons stated in Plaintiff's supporting Memorandum, the record should include the redacted information

[1] Plaintiff is requesting express consideration of this motion to facilitate expeditious resolution of its request for a preliminary injunction. Government counsel has been totally professional in this case. However, despite repeated requests, the Government has not yet provided Plaintiff with a copy of the un-redacted version of the document. In addition, the Government has not yet supplemented the Administrative Record to include the document nor provided any time frame within which it intends to do so. Had the Government provided SDS with a copy of the document, as requested, SWS could have reviewed the document and moved to supplement the record if needed. The Government has refused to provide the document, thus necessitating this Motion.

in the POM/PNM, since that information obviously was considered by the agency in making the award to HiPK, Inc.

Respectfully submitted,

Date: 1/29/08

By: ______________________

Christopher M. Johnson
James Scott Phillips
Centre Law Group, LLC
1953 Gallows Road, Suite 650
Vienna, VA 22182
(703) 288-2800
(703) 288-4868 (fax)

Counsel for SDS International, Inc.