**IN THE UNITED STATES
COURT OF FEDERAL CLAIMS
BID PROTEST**

| | |
|---|---|
| SDS INTERNATIONAL, INC.<br>Plaintiff,<br>v.<br>THE UNITED STATES<br>Defendant | USCFC No. 07-881 C<br>Judge Weise |

**PLAINTIFF'S MOTION TO STRIKE ITS FIRST MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD AND SUPPORTING MEMORANDUM**

**COMES NOW,** Plaintiff SDS International, Inc. ("SDS"), by and through undersigned counsel, and withdraws its First Motion to Supplement Administrative Record and Supporting Memorandum filed on January 30, 2008. Plaintiff is withdrawing these pleadings under a Motion to Strike per instructions provided by the Clerk's Office. Plaintiff's counsel previously informed the Court, via telephone, of its intent to withdraw these pleadings.

Respectfully submitted,

Date: 1/31/01

By: [signature]

Christopher M. Johnson
James Scott Phillips
Centre Law Group, LLC
1953 Gallows Road, Suite 650
Vienna, VA 22182
(703) 288-2800
(703) 288-4868 (fax)

Counsel for SDS International, Inc.