# In the United States Court of Federal Claims

No. 07-881C
Filed: February 6, 2008

| | |
|---|---|
| SDS INTERNATIONAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| HiPK, INC., | ) |
| Defendant-Intervenor. | ) |

ORDER

GRANTING MOTION TO STRIKE

Plaintiff's January 31, 2008, motion to strike its first motion to supplement the Administrative Record and its supporting memorandum, both filed on January 30, 2008, is GRANTED. The clerk shall strike these documents from the record.

s/John P. Wiese
John P. Wiese
Judge