**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**
**BID PROTEST**

SDS INTERNATIONAL, INC.

Plaintiff,

v.

THE UNITED STATES

Defendant.

USCFC No. 07-881 C
Judge Weise

**PLAINTIFF'S REQUEST FOR A HEARING**

**COMES NOW,** Plaintiff SDS International, Inc. ("SDS"), by and through undersigned counsel, and respectfully requests that the Court conduct a hearing to address the issues raised in SDS's request for a Preliminary Injunction regarding the award of the contract to HiPK, Inc. SDS requests that the Court convene the hearing at the earliest possible date, recognizing that the Court will need time to review the Pleadings filed in this matter, including SDS's Reply Brief and attachments that SDS is filing in connection with this request.

SDS will make available, at the hearing, SDS's employee William Bayer and SDS's Chief Executive Office George Gennin to provide live testimony and to answer any questions from the Court that concern the assertions in their Affidavits that were filed as Exhibits to SDS's Reply Brief. SDS will make available via telephone its consultant, Brian Wages to answer any questions from the court concerning the assertions in his Affidavit.

Mr. Bayer is available to provide live testimony on the SDS's interpretation of the Performance Work Statement and/or Solicitation at issue in this matter and SDS's offer submitted in response to the Solicitation. Mr. Gennin is available to provide live testimony on the his assertions on irreparable harm to SDS and SDS's ability to transition into the project at issue to assure that the government will not suffer from a break in services. Mr. Wages is available to provide telephone testimony regarding his review of HiPK's proposal, the exhibit attached to HiPK's opposition, and any other documents he reviewed in preparing his Affidavit.

Respectfully submitted,

Date: 2/7/08

By: ______________________

Christopher M. Johnson,
Centre Law Group, LLC
1953 Gallows Rd, Suite 650
Vienna, VA. 22102
(703) 288-2800
(703) 288-4868 (fax)

Brian C. Caney-of Counsel

Counsel for Plaintiff
SDS International, Inc.