**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| SDS INTERNATIONAL, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | USCFC No. 07-881 C<br>Judge Weise |

**PLAINTIFF'S MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

**COMES NOW,** Plaintiff SDS International, Inc. ("SDS"), by and through undersigned counsel, and pursuant to USCFC Rule 12, Rule 52.1 and prior decisions, Plaintiff respectfully requests that the Court allow Plaintiff to supplement the Administrative Record submitted by the government with affidavits prepared by William Bayer, Brain Wages and George Gennin. For the reasons stated in Plaintiff's supporting Memorandum, the documents at issue are necessary for the Court to have a complete understanding of the factual issues in dispute in this matter.

Respectfully submitted,

Date: 2/7/08

By: ______________________

Christopher M. Johnson,
Centre Law Group, LLC
1953 Gallows Rd, Suite 650
Vienna, VA. 22102
(703) 288-2800
(703) 288-4868 (fax)

Brian C. Caney-of Counsel

Counsel for Plaintiff
SDS International, Inc.