# In the United States Court of Federal Claims

No. 07-881C
Filed: February 13, 2008

| | |
|---|---|
| SDS INTERNATIONAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| HiPK, INC., | ) |
| Defendant-Intervenor. | ) |

---

ORDER

GRANTING MOTION TO SUPPLEMENT
THE ADMINISTRATIVE RECORD

---

Plaintiff's February 7, 2008, motion to supplement the Administrative Record with the affidavits of William Bayer, Brian Wages, and George Gennin is GRANTED. The affidavits are attached to this order.

s/John P. Wiese
John P. Wiese
Judge