# In the United States Court of Federal Claims

No. 07-881C
Filed: February 19, 2008

SDS INTERNATIONAL, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

HiPK, INC.,

Defendant-Intervenor.

---

ORDER

REMINDING PARTIES TO FILE DOCUMENTS CONTAINING PROTECTED INFORMATION UNDER SEAL

---

This order is intended to remind the parties that pursuant to the Protective Order issued in this case on December 18, 2007, any document containing protected information shall be filed under seal using the appropriate activity listed in the "SEALED" documents menu of the court's electronic case filing system.

s/John P. Wiese
John P. Wiese
Judge