IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SDS INTERNATIONAL, INC,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant,<br><br>and<br><br>HiPK, INC.,<br>Defendant-Intervenor. | No. 07-881<br>(Judge Wiese)<br><br>Bid Protest |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant requests an enlargement of time of 5 days, to and including February 29, 2008, within which to submit its reply to plaintiff's response to the Government's motion for judgment on the administrative record and its response to plaintiff's motion for a hearing. Our reply and response presently are due on February 25, 2008. This is our first request for an enlargement of time for this purpose.[1] Intervenor does not oppose this request for an enlargement of

[1] We note that defendant previously has requested and received three enlargements in this matter. Two of those enlargements were necessitated by the meeting that took place between the parties on January 11, 2008 at the suggestion of the Court. The third enlargement was sought in response to plaintiff's having amended its complaint. The two most recent requests have been for seven days each.

time; plaintiff has indicated it will oppose this motion.[2]

During the week that defendant's reply and response are due and the following week, defendant's counsel is responsible for activities in the following matters: 5860 Chicago Ridge LLC v. United States, Fed. Cl. 07-568 (initial disclosures due February 25, 2008; in-court status conference before Judge Allegra on February 27, 2008); Hickmon v. United States Postal Service, Fed. Cir. 08-3109 (brief due February 28, 2008); K-Con Bulding Systems v. United States, Fed. Cl. 05-981 (supplemental filing due February 29, 2008); Childers v. United States, Fed. Cl. 06-496 (supplemental brief due February 29, 2008); Ag-Innovations v. United States, Fed. Cl. 05-776 (deposition scheduled for March 3, 2008); Amerisource v. United States, Fed. Cir. 07-5121 (oral argument March 6, 2008).

Defendant's counsel will not be in the office on Thursday, February 21 and Friday, February 22, and had hoped to substantially complete the Government's briefs prior to his departure. As matters now stand, it appears unlikely that defendant's counsel will be in a position to do that, and it will be necessary for him to have time to complete the Government's briefs and obtain the necessary internal and agency review and approval upon his return to the office on February 25, 2008. We therefore respectfully request the Court grant this motion for an enlargement of five days within which to file its reply and

[2] Plaintiff's counsel has indicated that plaintiff categorically will oppose any enlargements of time in this matter unless, in plaintiff's view, they are necessitated by "drastic extenuating circumstances (death or illness)."

response to the motion for a hearing.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 514-4678

February 19, 2008

## CERTIFICATE OF FILING

I hereby certify that on this 19th day of February 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler