# In the United States Court of Federal Claims

No. 07-881C
Filed: February 21, 2008

| | |
|---|---|
| SDS INTERNATIONAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| HiPK, INC., | ) |
| Defendant-Intervenor. | ) |

ORDER

EXTENDING FILING DEADLINE

As discussed during the telephone conference held on February 20, 2008, the time within which defendant shall file its reply brief in support of its motion for judgment on the Administrative Record and its response to plaintiff's February 7, 2008, motion for a hearing is extended to and including March 14, 2008.

s/John P. Wiese
John P. Wiese
Judge