# In the United States Court of Federal Claims

No. 07-881C
Filed: March 25, 2008

| | |
|---|---|
| SDS INTERNATIONAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| HiPK, INC., | ) |
| Defendant-Intervenor. | ) |

ORDER

SCHEDULING ORAL ARGUMENT

Pursuant to the agreement of the parties, oral argument on plaintiff's motion for injunctive relief and defendant's motion for summary judgment on the administrative record is scheduled for 11:00 a.m. on Thursday, April 3, 2008, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC. The courtroom designation will be posted on the bulletin board in the lobby of the courthouse. The proceedings will be digitally recorded. Counsel for defendant-intervenor may appear by telephone.

s/John P. Wiese
John P. Wiese
Judge