# In the United States Court of Federal Claims

No. 07-881C
Filed: March 27, 2008

SDS INTERNATIONAL, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

HiPK, INC.,

Defendant-Intervenor.

---

ORDER

DENYING PLAINTIFF'S REQUEST FOR A HEARING

and

GRANTING DEFENDANT'S AND DEFENDANT-INTERVENOR'S MOTIONS TO STRIKE

---

Plaintiff's February 7, 2008, request for a hearing is DENIED, subject to reconsideration after the court has had the opportunity to hear oral argument on the merits of plaintiff's request for injunctive relief and defendant's motion for summary judgment on the record.

Defendant's and defendant-intervenor's March 14, 2008, motions to strike from the administrative record paragraphs 16 through 53 of William Bayer's affidavit, paragraphs 6 through 17 of Brian Wages' affidavit, and paragraphs 11 through 16 of George Gennin's affidavit are GRANTED, subject to reconsideration in the event the court determines after oral argument that a hearing to aid in the understanding of the solicitation's requirements is necessary. Plaintiff may present as its own argument any content from the stricken affidavits upon which it may wish to rely.

s/John P. Wiese
John P. Wiese
Judge