# In the United States Court of Federal Claims

**No. 07-881 C**

**SDS INTERNATIONAL, INC.**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion, filed April 23, 2008, granting defendant's motion for summary judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered for defendant, and the complaint is dismissed.

John S. Buckley
Acting Clerk of Court

April 25, 2008 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.